

RECEIVED
IN LAKE CHARLES, LA

DEC - 6 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| OKECHUKWU MUMMEE AMADI | CIVIL ACTION NO. 07-1131-LC |
| VS. | SECTION P |
| US DEPARTMENT OF HOMELAND SECURITY | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's complaint be **DISMISSED WITH PREJUDICE** as his claims arise under the FTCA and are barred by the § 2680(c) exception of the FTCA.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 5 day of Dec, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE